Hannah Leszynsky and Another, Respondents, v. Virginia Pernet Lawrence, as Executrix, etc., Appellant.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.